TRAVELERS INSURANCE COMPANY v. PREWITT, INSURANCE COMMISSIONER OF KENTUCKY.

ERROR TO THE COURT OF APPEALS OF THE STATE OF KENTUCKY.

No. 184.   Argued January 16, 1906.—Decided February 19, 1906.

*Security Life Ins. Co.* v. *Prewitt, ante,* p. 446, followed.

*Mr. John G. Johnson* and *Mr. Edmund F. Trabue,* with whom *Mr. John D. Doolan, Mr. Attilla Cox, Jr.,* and *Mr. William Bro Smith* were on the brief, for plaintiff in error.

*Mr. J. H. Hazelrigg,* with whom *Mr. N. B. Hays,* Attorney General of the State of Kentucky, and *Mr. H. R. Prewitt* were on the brief, for defendant in error.

MR. JUSTICE PECKHAM:

This case involves the same principle as that decided in the foregoing case, and, for the reasons stated in the opinion above, the writ of error to the Court of Appeals of the State of Kentucky is

*Dismissed.*